# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 21-48869-MAR | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | MILLMAN, ANDREW L. | Date Filed (f) or Converted (c): | 11/11/2021 (f) |
| For the Period Ending: | 4/8/2022 | §341(a) Meeting Date: | 12/16/2021 |
| | | Claims Bar Date: | 04/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Cemetery plot | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 2 1976 BMW 2002 Sedan Mileage: est. over 200,000 Other Information: Odometer broken | $7,000.00 | $7,000.00 | | $0.00 | $7,000.00 |
| 3 2010 Toyota 4Runner Mileage: approx. 140,000 | $15,500.00 | $15,000.00 | | $0.00 | $15,000.00 |
| 4 1972 Chevrolet Blazer K5 Mileage: approx. 12,078 Other Information: Odometer was replaced Current Value from Southern Motors appraisal | $7,900.00 | $7,900.00 | | $0.00 | $7,900.00 |
| 5 Household goods and furniture including appliances, etc. various items are in ex-wife, Michelle Millman, and her parents, possession - 2942 Bloomfield Park Drive, West Bloomfield, MI 48323 | $12,500.00 | $12,500.00 | | $0.00 | $12,500.00 |
| 6 Electronics including tvs, computer equipment, cell phones, etc. | $1,500.00 | $1,500.00 | | $0.00 | $1,500.00 |
| 7 Waterford stemware, crystal, sports pendants, sterling silver, candelstick collection, 30-40 picture frames, baseball hat collection, antiques, etc. various items are in ex-wife, Michelle Millman, and her parents, possession - 2942 Bloomfield Park Drive, West Bloomfield, MI 48323 | $3,250.00 | $3,250.00 | | $0.00 | $3,250.00 |
| 8 Golf clubs, snow skis, fishing equipment, canoe, skis, bikes, exercise equipment, etc. various items are in ex-wife, Michelle Millman, and her parents, possession - 2942 Bloomfield Park Drive, West Bloomfield, MI 48323 | $1,500.00 | $1,500.00 | | $0.00 | $1,500.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2

| | | | |
|---|---|---|---|
| Case No.: | 21-48869-MAR | Trustee Name: | Karen E. Evangelista |
| Case Name: | MILLMAN, ANDREW L. | Date Filed (f) or Converted (c): | 11/11/2021 (f) |
| For the Period Ending: | 4/8/2022 | §341(a) Meeting Date: | 12/16/2021 |
| | | Claims Bar Date: | 04/26/2022 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 9 | Music instrument collection - guitars, amplifiers, pedals, drum set, etc. various items are in ex-wife, Michelle Millman, and her parents, possession - 2942 Bloomfield Park Drive, West Bloomfield, MI 48323 Current Value from Gordy's Music appraisal - some items on the appraisal are no longer in the Debtor's possession | $17,500.00 | $17,500.00 | | $0.00 | $17,500.00 |
| 10 | Two BB gun various items are in ex-wife, Michelle Millman, and her parents, possession - 2942 Bloomfield Park Drive, West Bloomfield, MI 48323 | $50.00 | $50.00 | | $0.00 | $50.00 |
| 11 | Clothing | $950.00 | $950.00 | | $0.00 | $950.00 |
| 12 | Jewelry - 12 watches, etc. in Debtor's possession 40 vintage watches, 3 additional watches, gold bracelet, etc. various items are in ex-wife, Michelle Millman, and her parents, possession - 2942 Bloomfield Park Drive, West Bloomfield, MI 48323 | $3,500.00 | $3,500.00 | | $0.00 | $3,500.00 |
| 13 | Cat, fish, two turtles | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Cash | $50.00 | $50.00 | | $0.00 | $50.00 |
| 15 | Merrill Lynch cash management account | $596.00 | $596.00 | | $0.00 | $596.00 |
| 16 | Merrill Lynch collateral account | $1.00 | $1.00 | | $0.00 | $1.00 |
| 17 | Janus Henderson Investors - growth & income Fund D Shares - 79.25 shares - Debtor cannot get a current statement - in the Receivers possession | $94,000.00 | $0.00 | | $0.00 | FA |
| 18 | Millennium Homes, LLC dba Woodward Homes - no longer operating Assets do not exceed liabilities Judgment against Lorie Singer aka Lori Doddington for $25,254.00 100% % | $0.00 | Unknown | | $0.00 | Unknown |
| 19 | National Realtors, LLC - not operating Assets do not exceed liabilities  100% % | $0.00 | Unknown | | $0.00 | Unknown |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 21-48869-MAR | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | MILLMAN, ANDREW L. | Date Filed (f) or Converted (c): | 11/11/2021 (f) |
| For the Period Ending: | 4/8/2022 | §341(a) Meeting Date: | 12/16/2021 |
| | | Claims Bar Date: | 04/26/2022 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 20 | Millennium Builders, LLC - never operated Assets do not exceed liabilities 100% % | $0.00 | Unknown | | $0.00 | Unknown |
| 21 | SEP IRA JMB | $80,990.00 | $0.00 | | $0.00 | FA |
| 22 | Roth IRA JMB | $13,010.00 | $0.00 | | $0.00 | FA |
| 23 | Rent Security deposit with landlord | $3,750.00 | $3,750.00 | | $0.00 | $3,750.00 |
| 24 | Merrill Lynch Zachary UGMA - no contibutions within last 2 years | $54,394.00 | $54,394.00 | | $0.00 | $54,394.00 |
| 25 | Merrill Lynch Noah UGMA - no contibutions within last 2 years | $65,163.00 | $65,163.00 | | $0.00 | $65,163.00 |
| 26 | Merrill Lynch Joshua Custodian - no contibutions within last 2 years | $66,889.00 | $66,889.00 | | $0.00 | $66,889.00 |
| 27 | Merrill Lynch Zachary 529 - no contibutions within last 2 years | $62,565.00 | $62,565.00 | | $0.00 | $62,565.00 |
| 28 | Merrill Lynch Noah 529 - no contibutions within last 2 years | $107,317.00 | $107,317.00 | | $0.00 | $107,317.00 |
| 29 | Merrill Lynch Joshua 529 - no contibutions within last 2 years | $105,872.00 | $105,872.00 | | $0.00 | $105,872.00 |
| 30 | Builders license | $0.00 | Unknown | | $0.00 | Unknown |
| 31 | Realtors sales person license | $0.00 | Unknown | | $0.00 | Unknown |
| 32 | Accrued 2021 tax refund - Debtor does not believe he will a receive any tax refund Federal and State | $0.00 | Unknown | | $0.00 | Unknown |
| 33 | Priority health insurance | $0.00 | Unknown | | $0.00 | Unknown |
| 34 | Auto insurance policy | $0.00 | Unknown | | $0.00 | Unknown |
| 35 | Potential lawsuit against ex-wife and former in-laws | Unknown | Unknown | | $0.00 | Unknown |
| 36 | Cronin Law Firm, PLLC | $7,500.00 | $7,500.00 | | $0.00 | $7,500.00 |
| 37 | Hertz Schram, PC | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 38 | Alex Benson, Esq. | $40,000.00 | $40,000.00 | | $0.00 | $40,000.00 |
| 39 | Dizik Law Firm | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 40 | Jeffrey Freeman, Receiver | $149,000.00 | $149,000.00 | | $0.00 | $149,000.00 |
| 41 | Kurt E. Schnelz, Esq. | $35,000.00 | $35,000.00 | | $0.00 | $35,000.00 |
| 42 | Jay Siefman, Esq. sucessor receiver | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 43 | Residential lease Month-to-month $2,500.00 monthly/$40,000.00 arrears Assume | $0.00 | Unknown | | $0.00 | Unknown |
| 44 | Funds being held by Receivers | Unknown | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 21-48869-MAR | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | MILLMAN, ANDREW L. | | Date Filed (f) or Converted (c): | 11/11/2021 (f) |
| For the Period Ending: | 4/8/2022 | | §341(a) Meeting Date: | 12/16/2021 |
| | | | Claims Bar Date: | 04/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 45 Eight uncashed checks from previous employer, Rich Wall Custom Cabinetry Co., Inc. | $1,341.00 | $1,341.00 | | $0.00 | $1,341.00 |
| 46 Debtor believes he has a claim to ex-wife's jewelry | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$1,058,588.00     $870,088.00     $0.00     $870,088.00

**Major Activities affecting case closing:**

01/31/2022     Trustee with assistance of counsel is investigating certain assets of the debtor.

**Initial Projected Date Of Final Report (TFR):**     11/11/2023     /s/ KAREN E. EVANGELISTA
**Current Projected Date Of Final Report (TFR):**                                                    KAREN E. EVANGELISTA